FILED
2009 Jun-11 PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBYN HELMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CA NO. 2:09-cv-00863-KOB |
| | ) |
| BLAKE NOLES, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS OF BLAKE NOLES

Defendant Blake Noles, individually and in his official capacity as a former police dispatcher for the City of Sumiton, Alabama, moves the Court to dismiss the plaintiff's amended complaint in this case on the following grounds:

1. The complaint fails to state a claim upon which relief may be granted.

2. Because the City of Sumiton is a separately named defendant, the plaintiff's official capacity claims against him in the complaint in this case are superfluous and redundant, and are due to be dismissed.

3. Defendant Noles is entitled to qualified immunity on plaintiff's claims alleged under 42 U.S.C. § 1983 in her "Fourth Cause of Action" for violation of the First Amendment to the United States Constitution.

4. Plaintiff's conspiracy claims alleged under 42 U.S.C. §§ 1983 and 1985 in her "Fifth Cause of Action" are barred by the intracorporate conspiracy doctrine.

5. Plaintiff's claims for intentional infliction of emotional distress and outrage alleged in her "Sixth Cause of Action" and her "Seventh Cause of Action" fail to state a maintainable claim under Alabama law.

s/ George W. Royer, Jr.
George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
2101 West Clinton Avenue, Suite 102
Huntsville, AL 35805
Phone: 256-535-1100
Fax: 256-533-9322
E-mail: gwr@lfsp.com

Attorneys for Defendant Blake Noles

# CERTIFICATE OF SERVICE

      I hereby certify that I have filed the foregoing upon with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    J. Charles Wilson, Esquire
    FEDERAL APPELLATE LAW CENTER, INC.
    2151 Government Street
    P. O. Box 6375
    Mobile, Alabama  36660
    E-mail: jcw@wilsonlaw.net

    T. Kelly May (MAY014)
    HUIE, FERNAMBUCQ & STEWART, LLP
    Three Protective Center
    Suite 200
    2801 Highway 280 South
    Birmingham, Alabama  3522302484
    tkm@hfsllp.com

on this the 11th day of June, 2009.

                                                s/ George W. Royer, Jr.
                                                George W. Royer, Jr.